No. 766. VIRGINIAN HOTEL CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. S. V. Kemp* and *F. G. Davidson, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent. *Mr. W. A. Sutherland* filed a brief, as *amicus curiae,* in support of the petition.

No. 849. GREAT LAKES DREDGE & DOCK CO. ET AL. *v.* HUFFMAN, ADMINISTRATOR. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. R. Emmett Kerrigan* and *James J. Morrison* for petitioners. *Mr. Eugene Stanley* for respondent.

No. 787. McLEOD *v.* THRELKELD ET AL., DOING BUSINESS AS THRELKELD COMMISSARY CO. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Harry Dow* for petitioner. *Mr. John P. Bullington* for respondents.

No. 762. BARTCHY *v.* UNITED STATES. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Bernard A.*